BINGHAM MCCUTCHEN LLP
JACQUELINE C. AGUILERA (SBN 166579)
jackie.aguilera@bingham.com
SETH M. GERBER (SBN 202813)
seth.gerber@bingham.com
KAREN HO (SBN 274027)
karen.ho@bingham.com
The Water Garden
Suite 2050 North
1601 Cloverfield Blvd.
Santa Monica, CA 90404-4082
Telephone: 310.907.1000
Facsimile: 310.907.2000

Attorneys for Defendant
BigRoad Incorporated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TELOGIS, INC. and KELLY FREY,

Plaintiffs,

v.

BIGROAD INCORPORATED,

Defendant.

No. 8:14-cv-00726-DOC (DFM)

**NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Telogis, Inc. and Kelly Frey ("Plaintiffs") and Defendant Big Road Incorporated ("BigRoad") have reached a settlement in the above-referenced case. In accordance with Local Rule 16-15.7, BigRoad hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. The request for dismissal, with prejudice, will be filed later this week.

DATED: September 15, 2014

Respectfully submitted,

Bingham McCutchen LLP

By: ______________________

Seth M. Gerber
Attorneys for Defendant
BigRoad Incorporated