UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TELOGIS, INC. and KELLY FREY,

Plaintiffs,

v.

BIGROAD INCORPORATED,

Defendant.

No. 8:14-cv-00726-DOC (DFM)

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) [19]**

Complaint Served: May 20, 2014

PURSUANT to the Parties' Joint Stipulation for Dismissal with Prejudice filed on September 26, 2014 and Fed. R. Civ. P. 41(a)(1),

IT IS HEREBY ORDERED that this action, including all claims asserted therein, is dismissed with prejudice, and each party is to bear its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

DATED:_September 29, 2014

Hon. David O. Carter
United States District Judge